# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:18-10074-STA |
| NATASHA SPAIN, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on December 21, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Natasha Spain, appearing in person, and with counsel, Charles Mitchell.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a guilty plea to Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

Defendant released to custody of United States Marshals.

**ENTERED** this the 21st day of December, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT